IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

COREY WILLIAMS                         :        CIVIL ACTION

          v.                           :

JOHN KERESTES, et al                   :        NO.  08-2545


## O R D E R

AND NOW, this 15 day of September, 2008, after review of the petition for a writ of

habeas corpus filed pursuant to 28 U.S.C. §2254, the Report and Recommendation of United

States Magistrate Judge Peter B. Scuderi and petitioner's objections thereto, it being clear that

the petition is untimely,  IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ for habeas corpus filed pursuant to 28 U.S.C. §2254 is
   DISMISSED.

3. There is no basis for the issuance of a certificate of appealability.


_____
THOMAS N. O'NEILL, JR.          J.